<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FRUIT FLOWERS, LLC,** | |
| Plaintiff | Civil Action No. 14-5834 (ES) (MAH) |
| v. | ORDER |
| **JAMMALA, LLC, et al.,** | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

On October 13, 2015, Plaintiff filed a motion for attorneys' fees and costs. (D.E. No. 11). On January 6, 2016, United States Magistrate Judge Michael A. Hammer granted the motion for attorneys' fees and costs in a Report and Recommendation. (D.E. No. 12). Pursuant to Local Civil Rule 72.1(c)(2), the parties had fourteen days to file and serve any objections to Judge Hammer's Report and Recommendation. To date, neither party has filed any objections.

Having reviewed Judge Hammer's Report and Recommendation, and for the reasons stated therein,

IT IS on this 14th day of April 2016;

**ORDERED** that the Court adopts United States Magistrate Judge Michael A. Hammer's Report and Recommendation, (D.E. No. 11), in full as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion for attorneys' fees and costs is GRANTED; and it is further

**ORDERED** that Plaintiff is awarded $19,550 for attorneys' fees and $1,621 for costs and disbursements; and it is further

**ORDERED** that the Clerk of the Court shall terminate docket entries 11 and 12.

**SO ORDERED.**

                                           *s/Esther Salas*
                                           **Esther Salas, U.S.D.J.**